Edwin Aiwazian (SBN 232943)
Jacob Karczewswki (SBN 268295)
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

*Attorneys for* Plaintiff

Travis Jang-Busby (SBN 283256)
Clint S. Engleson (SBN 282153)
**PROCOPIO, CORY, HARGREAVES & SAVITCH LLP**
1117 S California Ave, Suite 200
Palo Alto, CA 94304
Tel: (650) 645-9000 / Fax: (619) 235-0398

*Attorneys for* Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL BERBER, individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;<br><br>       Plaintiff,<br><br>    vs.<br><br>PACIFIC STEEL GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>       Defendants. | Case No. 4:21-cv-03446-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>**JOINT STIPULATION PURSUANT TO LR 6-2 TO EXTEND PLAINTIFFS' DEADLINE TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS, AND FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF THE SAME; ORDER**<br>Hearing Date:    September 1, 2022<br>Hearing Time:    2:00 p.m.<br>Courtroom       2<br><br>Complaint Filed:    February 2, 2021<br>Jury Trial Date:    October 17, 2022 |

*Left margin (vertical text):* **LAWYERS *for* JUSTICE, PC** — 410 West Arden Avenue, Suite 203 — Glendale, California 91203

**JOINT STIPULATION TO EXTEND PLAINTIFFS' AND DEFENDANT'S OPPOSITION AND REPLY DEADLINES RELATED TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PURSUANT TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA LOCAL RULE 6-2, IT IS HEREBY STIPULATED**, by and between Israel Berber ("Plaintiff") and Defendant Pacific Steel Group (collectively "Defendant" and collectively with Plaintiff "the Parties"), by and through their respective counsel of record, as follows:

**WHEREAS**, Defendant filed its Motion for Judgment on the Pleadings ("JOP Motion") in this Court on May 18, 2022 (Dkt. 22-2);

**WHEREAS**, the hearing date set for Defendant's JOP Motion is set for September 1, 2022;

**WHEREAS**, Plaintiff's Opposition to the JOP Motion is currently due to be filed on June 1, 2022;

**WHEREAS**, Defendant's Reply in support of the JOP Motion is currently due to be filed on June 8, 2022;

**WHEREAS**, Plaintiff's attorney that manages this case on a day-to-day basis is currently out on paternity leave until June 21, 2022;

**WHEREAS**, the Parties are currently discussing the potential to return to mediation; and

**WHEREAS**, the Parties agree that extending the time for Plaintiff to file an opposition to the JOP Motion and for Defendant to file reply in support of its JOP Motion is warranted based on the above;

**WHEREAS**, there have been no other continuances in this case by the Parties or ordered by this Court; and

**WHEREAS**, the Parties' requested new deadlines would not alter the hearing date for the JOP Motion, the Parties hereby stipulate as follows:

1.  Plaintiff's Opposition to Defendant's JOP Motion shall be due on July 1, 2022; and

2.  Defendant's Reply in support of its JOP Motion shall be due on July 15, 2022.

*/ / / /*

**JOINT STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

1
2   Dated: May 26, 2022                 Respectfully Submitted,

3                                       **LAWYERS _for_ JUSTICE, PC**

4
5                                       By:  _/s/_ Jacob Karczewski
                                        _____
6                                       Jacob Karczewski
                                        _Attorneys for_ Plaintiffs
7
8   Dated: May 26, 2022                 Respectfully Submitted,

9                                       **PROCOPIO, CORY, HARGREAVES & SAVITCH**

10
11                                      By:      _/s/_ Travis Jang-Busby
                                        _____
12                                      Travis Jang-Busby
                                        Clint S. Engleson
13                                      _Attorneys for_ Defendants

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LAWYERS _for_ JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

**JOINT STIPULATION TO CONTINUE PLAINTIFF'S DEADLINE TO FILE OPPOSITION TO
DEFENDANT'S MOTION FOR JUDGMENT; [PROPOSED] ORDER**

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

**ORDER**

The Court, having reviewed the Parties' Joint Stipulation Pursuant to LR 6-2 to Extend Plaintiff's Deadline to File Plaintiff's Opposition to Defendant's Motion for Judgement on the Pleadings, and for Defendant to File its Reply in Support of the Same ("Joint Stipulation re JOP Motion"), and having reviewed the accompanying Declaration of Jacob Karczewski in support of the same; the Court hereby orders as follows:

1. The Parties' Joint Stipulation is approved.

2. Plaintiff's Opposition brief shall be due on July 1, 2022.

3. Defendant's Reply brief shall be due on July 15, 2022.

4. The hearing will remain as scheduled on September 1, 2022.

**IT IS SO ORDERED.**

Dated:      5/27/2022

By: *Haywood S. Gilliam Jr.*
    Honorable Haywood S. Gilliam, Jr.
    United States District Court Judge

3