Travis K. Jang-Busby (Bar No. 283256)
E-mail:travis.jang-busby@procopio.com
Clint S. Engleson (Bar No. 282153)
E-mail:clint.engleson@procopio.com
**PROCOPIO, CORY, HARGREAVES
   & SAVITCH LLP**
12544 High Bluff Drive, Suite 400
San Diego, CA 92130
Telephone: 858.720.6300
Facsimile: 619.235.0398

David A. Perkins (Bar No. 131683)
Executive Vice President & General Counsel
Pacific Steel Group
4805 Murphy Canyon Road
San Diego, CA 92123

Attorneys for Defendant PACIFIC STEEL GROUP

Edwin Aiwazian (SBN 232943)
Jacob Karczewski (SBN 268295)
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

*Attorneys for* Plaintiff ISRAEL BERBER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL BERBER, individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>    Plaintiff,<br><br>    vs.<br><br>PACIFIC STEEL GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 21-cv-03446-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>**JOINT STIPULATION REGARDING BRIEFING AND DISCOVERY SCHEDULE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ; ORDER**<br><br>Complaint Filed: September 22, 2020<br>FAC: November 25, 2020<br>Trial Date: Not Set |

**PURSUANT TO ORDER OF THIS COURT, IT IS HEREBY STIPULATED**, by and between Plaintiff Israel Berber ("Plaintiff") and Defendant Pacific Steel Group ("Defendant," and collectively referred to herein with Plaintiff as "the Parties"), by and through their respective counsel of record, as follows:

**WHEREAS**, the Parties appeared before the Court on September 1, 2022, for a hearing on Defendant's Motion for Judgment on the Pleadings;

**WHEREAS**, at the hearing, the Court proposed that the Parties engage in targeted discovery regarding the following issues: (1) Plaintiff's union membership (or lack thereof); and (2) whether Defendant was a signatory to two of the collective bargaining agreements at issue in Defendant's Motion for Judgment on the Pleadings and anticipated Motion for Summary Judgment and/or Adjudication ("MSJ");

**WHEREAS**, at the hearing and in a subsequent written order, the Court required the Parties to meet and confer on a briefing and discovery schedule related to Defendant's anticipated MSJ;

**WHEREAS**, the Parties met and conferred as ordered and hereby stipulate as follows:

1. The Parties shall serve written discovery related to the above-referenced issues by September 14, 2022;
2. The Parties shall respond to such written discovery by September 21, 2022;[1]
3. If necessary, the Parties shall take depositions related to the above-referenced issues by October 12, 2022;
4. Defendant shall file its MSJ by November 2, 2022;
5. Plaintiff shall file his Opposition to Defendant's MSJ by November 23, 2022;
6. Defendant shall file its Reply in support of its MSJ by November 30, 2022; and

///

///

---

[1] During the Parties' September 7, 2022 telephonic meet and confer call the Parties agreed that the earliest they would be able to respond to each other's written discovery responses would be one week after service. The Parties agreed that, if necessary, they would work in good faith to permit an extension of minimal time if up on receipt of the other party's discovery requests they required additional days to respond. It is the intent of the Parties that written discovery responses be provided one week after service of the requests and any such extensions would be extremely limited.

7. The hearing on Defendant's MSJ shall be held on a date set by the Court convenient for its calendar or else as reserved by Defendant upon filing its MSJ.

DATED: September 8, 2022              PROCOPIO, CORY, HARGREAVES &SAVITCH LLP

By: /s/*Clint S. Engleson*
Travis Jang-Busby
Clint S. Engleson
Attorneys for Defendant PACIFIC STEEL GROUP

Dated: September 8, 2022              **LAWYERS *for* JUSTICE, PC**

By: /s/*Jacob Karczewski*
Jacob Karczewski
*Attorneys for* Plaintiffs

# ORDER

The Court, having reviewed the Parties' Joint Stipulation regarding Briefing and Discovery Schedule for Defendant's Motion for Summary Judgment ("Joint Stipulation"), hereby orders as follows:

1. The Parties' Joint Stipulation is approved.
2. The Parties shall serve written discovery related to the above-referenced issues by September 14, 2022;
3. The Parties shall respond to such written discovery by September 21, 2022;
4. If necessary, the Parties shall take depositions related to the above-referenced issues by October 12, 2022;
5. Defendant shall file its MSJ by November 2, 2022;
6. Plaintiff shall file his Opposition to Defendant's MSJ by November 23, 2022;
7. Defendant shall file its Reply in support of its MSJ by November 30, 2022; and
8. The hearing on Defendant's MSJ shall be held on 12/8/2022 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:  9/9/2022

By: *Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge