Jacob Karczewski (Cal State Bar No. 268295)
  *jacob@calljustice.com*
Melissa Rinehart (Cal. State Bar No. 331315)
  *m.rinehart@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020
Fax: (818) 265-1021

*Attorneys for* Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL BERBER, individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;<br><br>              Plaintiff,<br><br>       vs.<br><br>PACIFIC STEEL GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>              Defendants. | Case No. 4:21-cv-03446-HSG<br>(Case No. 4:20-cv-08442-HSG)<br><br>Honorable Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE (as modified)**<br>*[Notice of Motion and Motion filed concurrently herewith.]*<br><br>Hearing Date:       October 19, 2023<br>Hearing Time:     10:00 a.m.<br>Courtrom             2<br><br>Complaint Filed:  February 2, 2021<br>Jury Trial Date:    None Set |

**ORDER**

Plaintiff Israel Berber's Motion to Appear Telephonically for the Case Management Conference set for October 19, 2023 at 10:00 a.m. is hereby **GRANTED**.  The Clerk will e-mail Jacob Karczewski and Melissa R. Rinehart the call-in information by noon on Wednesday, October 18, 2023.

**IT IS SO ORDERED.**

Dated:  10/10/2023                                   By: _____
                                                            Honorable Haywood S. Gilliam, Jr.
                                                            United States District Court Judge

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203