UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL BERBER, individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC STEEL GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 21-cv-03446-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>**ORDER GRANTING DEFENDANT PACIFIC STEEL GROUP'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE (as modified)**<br><br>Date:         October 19, 2023<br>Time:        10:00 a.m.<br>Courtroom:   2<br><br>Complaint Filed: September 22, 2020<br>FAC:                  November 25, 2020<br>Trial Date:         Not Set |

Defendant Pacific Steel Group's Motion to Appear Telephonically for the Case Management Conference set for October 19, 2023 at 10:00 a.m. is hereby **GRANTED**. The Clerk will e-mail Ms. David the call-in information by noon on Wednesday, October 18, 2023.

**IT IS SO ORDERED.**

Dated: 10/11/2023

By: *Haywood S. Gilliam, Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge