# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON GAY, individually, and on behalf of the general public similarly situated; ISRAEL BERBER, individually, and on behalf of other aggrieved employees similarly situated;<br><br>  Plaintiff,<br><br>  vs.<br><br>PACIFIC STEEL GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. 4:20-cv-08442-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>**CLASS ACTION**<br><br>**ORDER DISMISSING ENTIRE ACTION**<br><br>Complaint Filed:  September 22, 2020<br>FAC:  November 25, 2020<br>Jury Trial Date:  None |
| ISRAEL BERBER, individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;<br><br>  Plaintiff,<br><br>  vs.<br><br>PACIFIC STEEL GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No.  4:21-cv-03446-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br><br>Complaint Filed:  February 2, 2021<br>Jury Trial Date:  None |

## ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the above-captioned actions be dismissed in their entirety, without prejudice.

**IT IS SO ORDERED.**

Date: 7/17/2025

Hon. Haywood S. Gilliam, Jr.